**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 22-7220**

_____

ALFONZO HOWARD,

        Petitioner - Appellant,

    v.

MICHAEL STEPHAN,

        Respondent - Appellee.

_____

Appeal from the United States District Court for the District of South Carolina, at Aiken. Richard Mark Gergel, District Judge.  (1:21-cv-03356-RMG)

_____

Submitted:  August 24, 2023                            Decided:  August 28, 2023

_____

Before QUATTLEBAUM and HEYTENS, Circuit Judges, and MOTZ, Senior Circuit Judge.

_____

Dismissed by unpublished per curiam opinion.

_____

Alfonzo Howard, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Alfonzo Howard seeks to appeal the district court's order accepting the magistrate judge's recommendation and dismissing as untimely Howard's 28 U.S.C. § 2254 petition and the court's order denying Fed. R. Civ. P. 59(e) relief.[*] *See Gonzalez v. Thaler*, 565 U.S. 134, 148 & n.9 (2012) (explaining that § 2254 petitions are subject to one-year statute of limitations, running from latest of four commencement dates enumerated in 28 U.S.C. § 2244(d)(1)). The orders are not appealable unless a circuit justice or judge issues a certificate of appealability. 28 U.S.C. § 2253(c)(1)(A). A certificate of appealability will not issue absent "a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). When, as here, the district court denies relief on procedural grounds, the prisoner must demonstrate both that the dispositive procedural ruling is debatable and that the petition states a debatable claim of the denial of a constitutional right. *Gonzalez*, 565 U.S. at 140-41 (citing *Slack v. McDaniel*, 529 U.S. 473, 484 (2000)).

We have independently reviewed the record and conclude that Howard has not made the requisite showing. Accordingly, we deny a certificate of appealability and dismiss the appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED*

---

[*] Although Howard asserts on appeal that he did not consent to the jurisdiction of a magistrate judge, *see* 28 U.S.C. § 636(c), the district court properly referred Howard's petition under 28 U.S.C. § 636(b) for proposed findings and recommendations.